IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWERTECH TECHNOLOGY, INC., | No. C 11-6121 CW |
| Plaintiff, | ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL (Docket No. 5) |
| v. | |
| TESSERA, INC., | |
| Defendant. | |

Plaintiff Powertech Technology, Inc. seeks leave to file Appendices A and G to its Complaint under seal. Plaintiff states that Appendix A contains the Tessera Compliant Chip License Agreement (TCC License) and that Appendix G contains a letter from Plaintiff to Defendant that quotes extensively from the TCC license. Heath Decl. ¶¶ 3-4. Plaintiff attests that both parties consider the documents confidential, that the TCC License and letter quoting from it contain proprietary information, including the amount of royalties that Plaintiff pays to Defendant, and that disclosure of this information would harm Plaintiff by giving Plaintiff's competitors this confidential information. Id. at ¶ 3.

Plaintiff's filings are connected to a dispositive pleading. To establish that the documents are sealable, Plaintiff "must overcome a strong presumption of access by showing that 'compelling reasons supported by specific factual findings . . . outweigh the general history of access and the public policies favoring disclosure.'" Pintos v. Pac. Creditors Ass'n, 605 F.3d 665, 679 (9th Cir. 2010) (citation omitted). This cannot be

established simply by showing that the document is subject to a protective order or by stating in general terms that the material is considered to be confidential, but rather must be supported by a sworn declaration demonstrating with particularity the need to file each document under seal. Civil Local Rule 79-5(a).

Plaintiff has provided reasons supporting the sealing of the Appendices A and G to its Complaint. Accordingly, Plaintiff's motion for leave to file documents under seal is GRANTED (Docket No. 5). Within three days of the date of this Order, Plaintiff shall electronically file Appendices A and G to its Complaint under seal, in accordance with General Order 62.

IT IS SO ORDERED.

Dated: 1/4/2012

CLAUDIA WILKEN
United States District Judge