GOLDBERG, LOWENSTEIN & WEATHERWAX LLP
Nathan N. Lowenstein (SBN 241067)
lowenstein@glwllp.com
1925 Century Park East, Suite 2120
Los Angeles, California  90067-2722
Telephone:   (310) 203-9222
Facsimile:    (425) 962-1432

Attorneys for Defendant
Tessera, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| POWERTECH TECHNOLOGY INC., | Case No. 11-06121-CW |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER REGARDING WITHDRAWAL OF NATHAN LOWENSTEIN** |
| TESSERA, INC., | |
| Defendant | |

Having considered the request of Defendant Tessera, Inc. to allow Nathan Lowenstein to withdraw as counsel of record for Tessera, Inc. in the above captioned matter

IT IS HEREBY ORDERED THAT:

(1) Tessera Inc.'s request is GRANTED;

(2) Nathan Lowenstein is relieved as counsel of record for Tessera, Inc. in the above captioned matter.

Dated: ___March 27___, 2012

_____
The Honorable Claudia Wilken

**GOLDBERG, LOWENSTEIN & WEATHERWAX LLP**

[PROPOSED] ORDER RE WITHDRAWAL
(Case No. 11-06121-CW)

- 1 -