1  GOLDBERG, LOWENSTEIN & WEATHERWAX LLP
   Kenneth J. Weatherwax (SBN 218612)
2  weatherwax@glwllp.com
   1925 Century Park East, Suite 2120
3  Los Angeles, California  90067-2722
   Telephone:   (310) 203-9222
4  Facsimile:    (425) 962-1432

5  Attorney for Defendant
   Tessera, Inc.
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    OAKLAND DIVISION

11 POWERTECH TECHNOLOGY INC.,        )   Case No. 11-06121-CW
                                     )
12              Plaintiff,            )
                                     )   [~~PROPOSED~~] **ORDER REGARDING**
13         v.                        )   **WITHDRAWAL OF KENNETH J.**
                                     )   **WEATHERWAX AS COUNSEL**
14 TESSERA, INC.,                    )
                                     )
15              Defendant             )
                                     )
16

**GOLDBERG,**
**LOWENSTEIN &**
**WEATHERWAX LLP**

[~~PROPOSED~~] ORDER RE WITHDRAWAL
(Case No. 11-06121-CW)

1  Having considered the request of Defendant Tessera, Inc. ("Tessera") pursuant to Local
2  Rule 11-5 that Kenneth J. Weatherwax be permitted by this Court to withdraw as counsel of
3  record for Tessera in the above captioned matter,
4      IT IS HEREBY ORDERED THAT:
5      (1) Defendant Tessera's request is GRANTED;
6      (2) Kenneth J. Weatherwax is relieved as counsel of record for Tessera, Inc. in the above
7          captioned matter.

9  Dated: _____March 29_____, 2012

12      _____
    The Honorable Claudia Wilken

**GOLDBERG, LOWENSTEIN & WEATHERWAX LLP**

[~~PROPOSED~~] ORDER RE WITHDRAWAL
(Case No. 11-06121-CW)

- 1 -