G. HOPKINS GUY (STATE BAR NO. 124811)
hop.guy@bakerbotts.com
BAKER BOTTS LLP
1001 Page Mill Road, Suite 200
Palo Alto, California  94304
Telephone:    +1-650-739-7500
Facsimile:    +1-650-739-7699

MICHAEL F. HEAFEY (STATE BAR NO. 153499)
mheafey@orrick.com
JACOB M. HEATH (STATE BAR NO. 238959)
jheath@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:    +1-650-614-7400
Facsimile:    +1-650-614-7401

Attorneys for Plaintiff
POWERTECH TECHNOLOGY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| POWERTECH TECHNOLOGY INC., a Taiwanese corporation<br><br>Plaintiff,<br><br>v.<br><br>TESSERA, INC., a Delaware corporation<br><br>Defendant. | Case No. 4:11-cv-06121-CW<br><br>**POWERTECH TECHNOLOGY INC.'S MOTION AND NOTICE OF MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL (LOCAL RULES 79-5 AND 7-11)**<br><br>DATE:   August 2, 2012<br>TIME:   2:00 P.M.<br>CTRM:  2, 4TH FL.<br>JUDGE  HON. CLAUDIA WILKEN |

**TO ALL PARTIES, COUNSEL, AND THE CLERK OF THE COURT:** PLEASE

TAKE NOTICE that pursuant to this Court's Civil Local Rules 79-5 and 7-11 and General Order

No. 62, Plaintiff Powertech Technology Inc. hereby moves for administrative relief to file under

seal its Second Amended Complaint, and Appendices A, and G through Q attached at Exhibit 1 to

1  the Declaration Of Jacob M. Heath in Support Of PTI's Opposition To Tessera's Motion To
2  Dismiss PTI's Fifth Claim For Patent Misuse And To Strike Portions Of PTI's Fourth Claim For
3  Fraud.
4      Good cause exists for filing PTI's Second Amended Complaint as it references testimony
5  from Brian Marcucci's and Tessera's depositions that counsel for Tessera has designated
6  "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Parties' April 24,
7  2012 Stipulated Protective Order. Good cause also exists for filing PTI's Second Amended
8  Complaint and Appendices A, and G through Q under seal as they quote from, reference, and
9  discuss proprietary and confidential information that PTI and Tessera are obligated to keep
10 confidential – the public disclosure of the proprietary and confidential information would harm
11 PTI – and as they contain material that Tessera's counsel has designated "HIGHLY
12 CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Parties' Stipulated Protective
13 Order. The Court previously has ordered that that PTI may file Appendices A, and G through O
14 under seal. (Dkt. Nos. 26, 29, and 96.)

15         **MEMORANDUM OF POINTS AND AUTHORITY**

16     PTI is concurrently filing a Second Amended Complaint. ("Second Amended
17 Complaint"). (Declaration of Jacob M. Heath In Support Of Powertech Technology Inc.'s
18 Motion for Administrative Relief to File Documents Under Seal ("Heath Decl.") at ¶ 2.)
19 Attached as Exhibit 1 to the Declaration of Jacob M. Heath In Support Of PTI's Opposition to
20 Tessera's Motion to Dismiss is PTI's Second Amended Complaint. (*Id*.) Attached to PTI's
21 Second Amended Complaint are Appendix A (the Parties' Tessera Compliant Chip License
22 Agreement ("TCC License")); Appendix G (PTI's October 6, 2011 letter from C.C. Liao to Mr.
23 Young); Appendices H – O (communications between the Parties that Tessera has designated as
24 "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Parties' Stipulated
25 Protective Order); and Appendices P – Q (a presentation and handwritten notes regarding
26 memorializing a November 2009 meeting between PTI and Tessera). (*Id*. ¶¶ 4-15.)
27     PTI's Second Amended Complaint discusses statements from Brian Marcucci's (Tessera's
28 former Senior Vice President of Licensing and Business Development) May 17, 2012 deposition

1   and the May 18, 2012 Federal Rule of Civil Procedure 30(b)(6) deposition of Tessera.  (Heath
2   Decl. ¶ 3.)  Counsel for Tessera designated Marcucci's and Tessera's deposition testimony as
3   "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Parties' Stipulated
4   Protective Order.  (*Id*.)  In response to the Court's order, Tessera subsequently filed a declaration
5   demonstrating with particularity the need to file under seal those sections of Plaintiff's motion
6   that discuss the content of Mr. Marcucci's testimony.  (Docket. No. 98.)

7         PTI's Second Amended Complaint also references, discusses, and quotes the Parties' TCC
8   License and from several correspondences between the Parties.  (*Id*. ¶ 16.)  The TCC License,
9   attached at Appendix A to the Second Amended Complaint, contains confidential and proprietary
10  information, including provisions regarding the amount, calculation, and payment of royalties to
11  Tessera.  (*Id.* ¶ 14.)  Tessera and PTI agreed and are obligated under the TCC License to preserve
12  the license's confidentiality, absent a court order requiring the parties to disclose it.  (*Id.*)  The
13  public disclosure of the TCC License would harm PTI by providing PTI's competitors with
14  proprietary information regarding its services, including the amount of royalties PTI pays to
15  Tessera.  (*Id.*)  The Court has previously granted the Parties leave to file the TCC license under
16  seal.  (Dkt. Nos. 26, 96.)

17        Appendices G through O to the Second Amended Complaint comprise various
18  correspondences between PTI and Tessera.  (*Id*. ¶¶ 5-13.)  This correspondence contains
19  confidential and proprietary information, including discussions relating to the amount,
20  calculation, and payment of royalties to Tessera and discussions relating to the Parties'
21  confidential business relationship.  Counsel for Tessera, moreover, designated these
22  correspondences as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the
23  Parties' Stipulated Protective Order.  (*Id*.)  Filing this correspondence publicly would disclose
24  information that the Parties agreed to keep confidential under the Protective Order.  The Court
25  has also previously granted Plaintiff leave to file Appendices G through O under seal.  (Dkt. Nos.
26  26, 29, and 96.)

27
28

1  For the foregoing reasons, PTI respectfully requests that the Court grant PTI's motion for
2  administrative relief and allow PTI to file its Second Amended Complaint, and Appendices A,
3  and G through Q to the Second Amended Complaint under seal.

Dated: July 3, 2012

By:       /s/ *Jacob M. Heath*
                Jacob M. Heath

G. Hopkins Guy, III
hop.guy@bakerbotts.com
BAKER BOTTS L.L.P.
1001 Page Mill Road, Suite 200
Palo Alto, California 94304
Telephone:   +1-650-739-7500
Facsimile:     +1-650-739-7699

Michael F. Heafey
mheafey@orrick.com
Jacob M. Heath
jheath@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone:   +1-650-614-7400
Facsimile:     +1-650-614-7401

Attorneys for Plaintiff
POWERTECH TECHNOLOGY INC.

OHSUSA:750938911.1