G. HOPKINS GUY (STATE BAR NO. 124811)
hop.guy@bakerbotts.com
BAKER BOTTS LLP
1001 Page Mill Road, Suite 200
Palo Alto, California 94304
Telephone:  +1-650-739-7500
Facsimile:  +1-650-739-7699

MICHAEL F. HEAFEY (STATE BAR NO. 153499)
mheafey@orrick.com
JACOB M. HEATH (STATE BAR NO. 238959)
jheath@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone:  +1-650-614-7400
Facsimile:  +1-650-614-7401

Attorneys for Plaintiff
POWERTECH TECHNOLOGY INC.

JOSEPH M. LIPNER (STATE BAR NO. 155735)
jlipner@irell.com
BENJAMIN W. HATTENBACH (STATE BAR NO. 186455)
bhattenbach@irell.com
J. POWER HELY VI (STATE BAR NO. 271231)
phely@irell.com
RICHARD W. KREBS (STATE BAR NO. 278701)
rkrebs@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:  (310) 277-1010
Facsimile:  (310) 203-7199

Attorneys for Defendant
TESSERA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| POWERTECH TECHNOLOGY INC., a Taiwanese corporation,<br><br>Plaintiff,<br><br>v.<br><br>TESSERA, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 11-CV-06121-CW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO FILE POWERTECH TECHNOLOGY INC.'S SECOND AMENDED COMPLAINT UNDER SEAL** |

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

OHSUSA:750957667.1

JOINT STIP. AND [PROPOSED] ORDER TO
FUS PTI'S SECOND AMENDED COMPLAINT
CASE NO. 11-CV-06121-CW

1  WHEREAS, on June 19, 2012, Tessera filed a Motion To Dismiss PTI's Fifth Claim For
2  Patent Misuse And To Strike Portions Of PTI's Fourth Claim For Fraud;

3  WHEREAS, PTI wishes to amend its pleadings in response to Tessera's Motion To
4  Dismiss PTI's Fifth Claim For Patent Misuse And To Strike Portions Of PTI's Fourth Claim For
5  Fraud;

6  WHEREAS, in response to the Court's May 31, 2012 Order, Tessera filed a declaration
7  demonstrating with particularity the need to file under seal those sections of PTI's First Amended
8  Complaint that discuss the content of Marcucci's testimony, which sections remain in PTI's
9  Second Amended Complaint;

10  WHEREAS, the Court has previously granted the Parties leave to file the PTI/Tessera
11  TCC License (Appendix A) and certain communications (Appendices G through O) regarding the
12  Parties' licensing relationship under seal;

13  WHEREAS, PTI's presentation slides entitled, "Open Issues on TCC License
14  Agreement," (Appendix P) and handwritten notes created by Brian Marcucci (Appendix Q) each
15  memorialize the substance of a confidential November 3, 2009 meeting between the Parties;

16  WHEREAS the Parties are engaged in ongoing discovery;

17  THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the
18  Parties, through their undersigned respective attorneys of record, based on the foregoing, and
19  subject to the approval of the Court, that:

20  PTI be permitted to file under seal the Second Amended Complaint in the form attached
21  as Exhibit 1 to the July 3, 2012 Declaration of Jacob M. Heath In Support of PTI's Opposition To
22  Tessera's Motion To Dismiss PTI's Fifth Claim For Patent Misuse And To Strike Portions of
23  PTI's Fourth Claim For Fraud, and Appendices A, G, H, I, J, K, L, M, N, O, P, and Q to its
24  Second Amended Complaint.

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

OHSUSA:750957667.1

- 1 -

JOINT STIP. AND [PROPOSED] ORDER TO
FUS PTI's SECOND AMENDED COMPLAINT
CASE NO. 11-CV-06121-CW

Dated: July 3, 2012

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____/s/ *Jacob M. Heath*_____
Jacob M. Heath

Attorneys for Plaintiff
POWERTECH TECHNOLOGY INC.

Dated: July 3, 2012

IRELL & MANELLA LLP

By: _____/s/ *J. Power Hely, VI*_____
J. Power Hely, VI

Attorneys for Defendant
TESSERA, INC.

**Filer's Attestation:** Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: July 3, 2012

Respectfully submitted,

_____
Jacob M. Heath

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2012

_____
Hon. Claudia Wilken
United States District Judge