IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

POWERTECH TECHNOLOGY INC.,            No. C 11-6121 CW

    Plaintiff,                  ORDER REFERRING MOTION TO SEAL (Docket No. 149) TO THE SPECIAL MASTER

   v.

TESSERA, INC.,

    Defendant.
_____/
AND ALL RELATED COUNTERCLAIMS
_____/

    The Court hereby refers Defendant Tessera, Inc.'s motion to file under seal the unredacted versions of its Answer and Counterclaims and Exhibits A and B to its Counterclaims (Docket No. 149) to the Special Master for adjudication. This motion "cannot be effectively and timely addressed" by this Court, see Federal Rule of Civil Procedure 53(a)(1)(C), and the Court has determined that the Special Master already addressing motions to seal the same or similar documents in this case, and in the related cases, will be able to review these issues more thoroughly.

    The parties shall comply with the procedures set forth in the Court's prior Order referring motions to seal to the Special Master (Docket No. 147).

    IT IS SO ORDERED.

Dated: 9/12/2012

                               CLAUDIA WILKEN
                               United States District Judge