**United States District Court**
For the Northern District of California

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4    POWERTECH TECHNOLOGY INC.,                No. C 11-6121 CW

5         Plaintiff,                          ORDER REFERRING
                                              MOTION TO SEAL
6       v.                                    (Docket No. 156)
                                              TO THE SPECIAL
7    TESSERA, INC.,                           MASTER AND
                                              ADDRESSING DOCKET
8         Defendant.                          NO. 160

9    _____/

10   AND ALL RELATED COUNTERCLAIMS
     _____/

11       The Court hereby refers Plaintiff Powertech Technology,

12   Inc.'s motion to file under seal its motion for relief from a

13   nondispositive pretrial order Of the Special Master and Exhibits A

14   through G attached to the Declaration of Jacob M. Heath in support

15   thereof (Docket No. 156) to the Special Master for adjudication.

16   This motion "cannot be effectively and timely addressed" by this

17   Court, see Federal Rule of Civil Procedure 53(a)(1)(C), and the

18   Court has already determined that, in conjunction with motions to

19   seal the same or similar documents in this case and the related

20   cases, the Special Master will be able to review these issues more

21   thoroughly.

22       The parties shall comply with the procedures set forth in the

23   Court's prior Order referring motions to seal to the Special

24   Master (Docket No. 147).

25       The Court notes that Docket No. 160 is a motion to seal

26   connected to the parties' dispositive motions in this case and

27   thus has already been referred to the Special Master for

28   adjudication pursuant to the prior Order.  See Docket No. 147.  If

1   Defendant Tessera, Inc. has not already done so, it shall provide

2   a copy of the motion to seal, the documents it seeks to seal and

3   the declarations filed in support of the motion to seal to the

4   Special Master within three days of the date of this Order.

5       IT IS SO ORDERED.

6

7   Dated: 10/5/2012

                       CLAUDIA WILKEN
                       United States District Judge

**United States District Court**
For the Northern District of California

2