IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWERTECH TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> TESSERA, INC., <br><br> Defendant. <br> _____/ <br> AND ALL RELATED COUNTERCLAIMS <br> _____/ | No. C 11-6121 CW <br><br> ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW STIPULATION (Docket No. 177), DENYING AS MOOT MOTION TO SEAL (Docket No. 173), AND REFERRING MOTION TO SEAL (Docket No. 174) TO THE SPECIAL MASTER |

The Court GRANTS the unopposed motion of Plaintiff Powertech Technology, Inc. (PTI) to withdraw Docket Nos. 172 and 172-1, the Stipulation and Joint Motion for Leave to File PTI's Fourth Amended and Supplemental Complaint (4ASC) and Appendix A thereto. (Docket No. 177). Because this document has been withdrawn, PTI's motion to file the 4ASC under seal is DENIED as moot (Docket No. 173).

The Court hereby refers PTI's other newly-filed motion to file under seal (Docket No. 174) to the Special Master for adjudication. This motion "cannot be effectively and timely addressed" by this Court, see Federal Rule of Civil Procedure 53(a)(1)(C), and the Court has already determined that, in conjunction with motions to seal the same or similar documents in this case and the related cases, the Special Master will be able to review these issues more thoroughly.

The parties shall comply with the procedures set forth in the Court's prior Order referring motions to seal to the Special

Master (Docket No. 147).  If PTI has not already done so, it shall provide copies of the motion to seal, the documents it seeks to seal and the supporting declaration to the Special Master within three days of the date of this Order.

IT IS SO ORDERED.

Dated: 10/15/2012

CLAUDIA WILKEN
United States District Judge