1  DENISE M. MINGRONE (STATE BAR NO. 135224)
   dmingrone@orrick.com
2  MICHAEL F. HEAFEY (STATE BAR NO. 153499)
   mheafey@orrick.com
3  JACOB M. HEATH (STATE BAR NO. 238959)
   jheath@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
5  Menlo Park, California  94025
   Telephone:     +1-650-614-7400
6  Facsimile:      +1-650-614-7401

7  Attorneys for Plaintiff
   POWERTECH TECHNOLOGY INC.
8

9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13 POWERTECH TECHNOLOGY INC., a        Case No.  4:11-cv-06121-CW
   Taiwanese corporation
14                                      **[PROPOSED] ORDER GRANTING
                Plaintiff,              NOTICE OF WITHDRAWAL OF
15                                      DENISE M. MINGRONE, MICHAEL
       v.                               F. HEAFEY, MATTHEW J. HULT,
16                                      JACOB M. HEATH AND ORRICK,
   TESSERA, INC., a Delaware corporation HERRINGTON & SUTCLIFFE LLP**
17
                Defendant.
18

[PROPOSED] ORDER GRANTING PTI'S
NOTICE OF WITHDRAWAL OF COUNSEL
CASE NO. 4:11-CV-06121-CW

1  Having considered the request for withdrawal of Denise M. Mingrone, Michael F. Heafey,
2  Matthew J. Hult, Jacob M. Heath and Orrick, Herrington & Sutcliffe LLP.

3  **IT IS HEREBY ORDERED THAT**

4  Denise M. Mingrone, Michael F. Heafey, Matthew J. Hult, Jacob M. Heath and Orrick,
5  Herrington & Sutcliffe LLP be relieved and granted withdrawal from the above-captioned matters
6  as counsel for Plaintiff and Counterclaim Defendant Powertech Technology Inc., and be removed
7  from receiving electronic notifications of e-filings in connection with this party.

9  Dated: November 2, 2012

   _____
   Honorable Claudia Wilken
   United States District Judge