| | |
|---|---|
| 1 | IRELL & MANELLA LLP |
| 2 | Morgan Chu (70446) (mchu@irell.com)<br>Laura A. Seigle (171358) (lseigle@irell.com) |
| 3 | Benjamin W. Hattenbach (186455) (bhattenbach@irell.com)<br>Ellisen S. Turner (224842) (eturner@irell.com) |
| 4 | 1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067-4276 |
| 5 | Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199 |
| 6 | |
| 7 | Attorneys for Defendant<br>TESSERA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| POWERTECH TECHNOLOGY INC., a Taiwanese corporation,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>TESSERA, INC., a Delaware corporation,<br><br>　　　　　　Defendant. | Case No. 4:11-cv-06121CW<br><br>STIPULATED REQUEST FOR ORDER SHORTENING THE BRIEFING AND HEARING SCHEDULE FOR POWERTECH TECHNOLOGY INC.'S MOTION TO STAY PROCEEDINGS (D.I. 220)<br><br>Judge: Hon. Claudia Wilken |

1     Pursuant to Civil L.R. 6-2, Tessera, Inc. ("Tessera") and Powertech Technology Inc.
2  ("PTI") respectfully request an Order shortening the briefing and hearing schedule for Plaintiff
3  Powertech Technology Inc.'s Notice of Motion And Motion To Stay Proceedings. D.I. 220.
4     PTI's Motion to Stay seeks an order staying the effect of this Court's January 18, 2013
5  order, which affirmed Judge Legge's order regarding production of materials PTI contends are
6  protected from discovery because they are privileged and covered by the common interest
7  doctrine, while PTI files a petition for writ of mandamus in the Ninth Circuit. PTI's Motion for
8  Stay is currently set for hearing on March 21, 2013. The parties agreed to extend the fact
9  discovery cut-off in this case to April 4, 2013. Tessera believes the documents subject to PTI's
10 Motion to Stay may affect depositions and other fact discovery in this case, and PTI does not
11 oppose Tessera's desire to resolve the issues raised by the Motion to Stay on an expedited basis to
12 determine whether a motion to stay needs to be requested from the Ninth Circuit.
13    Accordingly, the parties respectfully request that the Court shorten the briefing and hearing
14 schedule on PTI's Motion to Stay as follows:

16 **Motion:** Thursday, February 7, 2013 (already filed)
17 **Opposition:** Wednesday, February 13, 2013
18 **Reply:** Tuesday, February 19, 2013
19 **Hearing:** Thursday, February 21, 2013

21    Concurrently filed with this motion is the Declaration of Laura A. Seigle, in accordance
22 with Civil L.R. 6-2(a).

- 1 -

STIPULATED REQUEST FOR ORDER CHANGING TIME
CASE NO. 4:11-cv-06121-CW

**ENDORSEMENT PER CIVIL L.R. 7-12**

PURSUANT TO STIPULATION IT IS SO ORDERED, **except that no hearing will be necessary.**

Dated: 2/12/2013

_____
Hon. Claudia A. Wilken
United States Chief District Judge

Dated: February 11, 2013

Respectfully submitted,

IRELL & MANELLA LLP

By: /s/ Laura A. Seigle
    Laura A. Seigle
    Attorneys for Defendant Tessera, Inc.

BAKER BOTTS LLP

By: /s/ David M. Genender
    David M. Genender
    Attorneys for Defendant Tessera, Inc.

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Civil L.R. 5-1(i)(3), I, Laura A. Seigle, hereby attest that concurrence in the filing of this Stipulated Request for Order Shortening the Briefing and Hearing Schedule for Powertech Technology Inc.'s Motion to Stay Proceedings has been obtained from David M. Genender, counsel for PTI.

Dated: February 11, 2013

By: /s/ Laura A. Seigle
    Laura A. Seigle