IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWERTECH TECHNOLOGY, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>TESSERA, INC.,<br><br>    Defendant.<br>_____/ | No. C 11-6121 CW<br><br>ORDER GRANTING PTI'S MOTION TO SET A DEADLINE FOR DISCLOSURE OF REBUTTAL EXPERTS (Docket No. 300) |

    Plaintiff Powertech Technology, Inc. (PTI) has filed an administrative motion seeking an order permitting the parties to disclose the identities of their rebuttal

    In the Court's initial case management order in this case, it set a deadline for the parties to disclose the identities and reports of expert witnesses and a separate deadline for the parties to disclose the identities and reports of rebuttal witnesses.  Docket No. 30.  Thereafter, the parties stipulated to extend the case management deadlines several times.  In their most recent stipulation, which was granted by the Court on March 21, 2013, the parties set the following deadlines: May 12, 2013 to disclose the identities of their experts; June 17, 2013 to disclose opening expert reports; and August 9, 2013 to disclose rebuttal expert reports.  Docket Nos. 253, 258.

    The parties did not include in their stipulation a deadline for the disclosure of the identities of rebuttal expert witnesses, to take place after their experts' opening reports were exchanged. PTI maintains that this was an inadvertent oversight on its part and that it "never intended to give up, or gave up, any right to

designate rebuttal experts after learning the substance of Tessera's opening reports." Docket No. 300, 2.

PTI states that it believed that rebuttal experts were supposed to be disclosed on August 9, 2013 at the same time that their reports were due. It represents that, after it realized this omission from the case management schedule existed in late July 2013, it promptly disclosed the identity of a rebuttal expert, Professor Andrew Lin, to Tessera. PTI asserts that Tessera took the position that rebuttal experts had to be disclosed on May 12, 2013, simultaneously with the disclosure of the other experts and prior to the exchange of opening expert reports.

PTI now asks the Court for an order setting the deadline for disclosing rebuttal experts to August 9, 2013, to allow PTI to submit a report from rebuttal expert Andrew Lin on August 9, 2013.[1] PTI filed the instant motion on August 2, 2013. Pursuant to Civil Local Rule 6-3(b), Tessera's opposition, if any, was due by August 6, 2013. No opposition has been received. Accordingly, for good cause shown, PTI's motion is GRANTED (Docket No. 300).

IT IS SO ORDERED.

Dated: 8/12/2013

CLAUDIA WILKEN
United States District Judge

---

[1] PTI states that it will serve Tessera with the rebuttal report of Andrew Lin on August 9, 2013, pending the decision of the Court on the instant motion.

2