IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWERTECH TECHNOLOGY INC., | No. C 11-6121 CW |
| Plaintiff, | ORDER REGARDING COURT-APPOINTED EXPERT |
| v. | |
| TESSERA, INC., | (Docket No. 453) |
| Defendant. | |
| _____/ | |
| AND ALL RELATED COUNTERCLAIMS | |
| _____/ | |

On January 20, 2014, the parties submitted a joint report regarding the Court-appointed expert in this case. The Court appointed the expert to advise on technical issues in this case as well as separate Tessera cases also before the Court.[1] Due to the parties' late submissions to the expert in the other Tessera matters, the expert informed the parties that his report in this case will be significantly delayed. Because after summary judgment, few technical issues remain in this case, and in deference to the expert's work on the other Tessera matters, the Court finds that the Court-appointed expert's assistance in this

---

[1] See Tessera, Inc. v. Advanced Micro Devices, Inc., et al., Case No. 05-4063 CW and Tessera, Inc. v. Motorola, Inc., et al., Case No. 12-692 CW.

case is no longer necessary.  Of course, the parties are free to present at trial their own evidence on the narrow technical issues that remain.

    IT IS SO ORDERED.

Dated:  1/22/2014

_____
CLAUDIA WILKEN
United States District Judge