UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| POWERTECH TECHNOLOGY, INC., a Taiwanese corporation,<br><br>             Plaintiff,<br>     v.<br><br>TESSERA, INC., a Delaware corporation,<br><br>             Defendant. | Case No. 4:11-cv-06121-CW<br><br>**ORDER RE: SETTLEMENT** |

On February 13-14, 2014, the parties met with the undersigned in a second lengthy but ultimately successful settlement conference.  Unfortunately, mere days later, the parties encountered significant conflicts over the particulars of the agreement.  These issues have not yet been resolved, despite multiple letter briefs and telephone conferences.  In the interest of bringing things to a close, the parties each shall file one final brief on the docket, not to exceed fifteen pages, by no later than March 28, 2014; no responsive briefing will be considered.  The parties shall then appear for a hearing on the issue before the undersigned on April 22, 2014 at 10:00 a.m.

1

Case No. 4:11-cv-06121-CW
ORDER RE: SETTLEMENT

After this hearing, if the parties have not managed to resolve this issue on their own, the undersigned shall issue a short order resolving it for them.

**IT IS SO ORDERED.**

Dated: March 13, 2014

*[signature]*
PAUL S. GREWAL
United States Magistrate Judge

2

Case No. 4:11-cv-06121-CW
ORDER RE: SETTLEMENT