# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
**Magistrate Judge Paul S. Grewal**
Courtroom 5 - 4th Floor

# Civil Minute Order

Date: February 13, 2014                                          Time in Court: 13 hours

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter/FTR: FTR: (12:29 to 12:42)

**TITLE: Powertech Technology Inc. v. Tessera, Inc.**
**CASE NUMBERS**: **CV10-00945 CW & CV11-06121 CW**
Plaintiff Attorney(s) present: George Hopkins Guy & Danielle Mihalkanin.  Also present: Kevin Lin & DK Tsai.
Defendant Attorney(s) present: Ben Hattenbach & Laura Seigle.  Also present: Tom Lacey, Jim MacDonald & Sriranga Veeraraghavan

## PROCEEDINGS:
**Settlement Conference**

Settlement conference held.
Case settled.
Confidential settlement terms placed on the record.

///